ACCEPTED
15-25-00197-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 10:36 AM
CHRISTOPHER A. PRINE
CLERK

## IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 10:36:26 AM
CHRISTOPHER A. PRINE
Clerk

## NO. 15-25-00197-CV

## DOMINIQUE REED AND DAKOTA HILL, Appellants

### v.

## CYPRESS CREEK AT SOUTH CEDAR, Appellee

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

On Appeal from County Court at Law No. 1 of Bell County

Trial Court No. 25CCV01420

Hon. Paul A. Motz, Presiding

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

## NOTICE OF FILING OF DISTRICT COURT COMMUNICATION
## AND SUPPLEMENTAL AUTHORITY

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellants, Dominique Reed and Dakota Hill, file this Notice to bring to the Court's immediate attention crucial evidence supporting Appellants' Emergency Motion for Reconsideration.

On November 20, 2025, the Coordinator for the 146th District Court sent an email communication regarding Appellants' pending Emergency Motion for Withdrawal of Funds.

As shown in **Exhibit F** (attached to the accompanying motion), this communication confirms that the District Court requires a hearing on this emergency matter and has set the available dates in December 2025, conditioned on opposing counsel's agreement.

This communication constitutes irrefutable evidence that the District Court is failing to exercise its equitable power, as the delay and the condition of opposing counsel's agreement guarantee the execution of the Writ of Possession.

Appellants respectfully pray that the Court will IMMEDIATELY GRANT the Abatement requested in their motion and ORDER the 146th District Court to rule on the motion to release funds INSTANTER before the Writ of Possession is executed.

Respectfully Submitted,

/s/ Dominique Reed

Dominique Reed, Pro Se

/s/ Dakota Hill

Dakota Hill, Pro Se

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with opposing counsel on November 21, 2025 regarding the subject matter of this motion as required by Texas Rule of Appellate Procedure 10.1(a)(5). At this time, Appellants have received no response from opposing counsel regarding their position on this Emergency Motion.

/s/ Dominique Reed

Dominique Reed, Pro Se

/s/ Dakota Hill

Dakota Hill, Pro Se

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, a true and correct copy of this motion was served via electronic filing upon all counsel of record for Appellee, CYPRESS CREEK AT SOUTH CEDAR, including Joshua Anderson and Richard Alexander Barclay, at their email addresses listed in the Appellee's filing.

/s/ Dominique Reed

Dominique Reed, Pro Se

/s/ Dakota Hill

Dakota Hill, Pro Se

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108327162
Filing Code Description: Motion - Exempt
Filing Description: NOTICE OF FILING OF DISTRICT COURT COMMUNICATION AND SUPPLEMENTAL AUTHORITY
Status as of 11/21/2025 10:54 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brooke Broderick | | broderick@hooverslovacek.com | 11/21/2025 10:36:26 AM | SENT |
| Alex Barclay | | barclay@hooverslovacek.com | 11/21/2025 10:36:26 AM | SENT |
| Dominique ACReed | | dominique.ac.reed@outlook.com | 11/21/2025 10:36:26 AM | SENT |
| Joshua Anderson | | janderson@hooverslovacek.com | 11/21/2025 10:36:26 AM | ERROR |